# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WENDY A. ROLA,**

        **Plaintiff,**

**-vs-**           **Case No. 6:11-cv-468-Orl-28DAB**

**WAL-MART STORES, INC., d/b/a Wal-Mart Super Store,**

        **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiff's Second Motion to Remand (Doc. No. 12) and Corrected Second Motion to Remand (Doc. No. 13), both filed April 22, 2011. The United States Magistrate Judge has submitted a report recommending that the Second Motion be denied as moot and the Corrected Second Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 29, 2011 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Second Motion to Remand (Doc. No. 12) is **DENIED as moot.**

3. Plaintiff's Corrected Second Motion to Remand (Doc. No. 13) is **GRANTED**. This action is remanded to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

4. The Clerk of the Court is directed to remand this case to the Ninth Judicial Circuit in and for Orange County, Florida, case number 2010-CA-008021-O and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___26th___ day of July, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge